IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:20-cv-00081-JRG-RSP |
| | § | |
| CIGNA CORPORATION, CIGNA | § | |
| HEALTH AND LIFE INSURANCE | § | |
| COMPANY, CONNECTICUT | § | |
| GENERAL LIFE INSURANCE | § | |
| COMPANY, and CIGNA | § | |
| HEALTHCARE OF TEXAS, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Magistrate Judge previously entered a Report and Recommendation ("R&R"), (Dkt. No. 39), recommending denial of the Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, (Dkt. No. 11), filed by Defendants. Defendants have now filed an Objection to the R&R. (Dkt. No. 40.) Plaintiff AlexSam, Inc. has filed a Response to Defendants' Objection. (Dkt. No. 41.)

After consideration of the briefing on Defendants' Motion to Dismiss, the R&R, and Defendants' Objection to the R&R, the Court concludes that the objections are without sufficient merit. Accordingly, the Court **ADOPTS** Magistrate Judge Payne's Report and Recommendation and **OVERRULES** Defendants' Objections, thereby **DENYING** the Motion to Dismiss (Dkt. No. 11).

2

**So ORDERED and SIGNED this 8th day of December, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE