# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALEXSAM, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TEXAS, INC.,<br><br>*Defendants.* | Case No. 2:20-cv-00081<br><br>**LEAD CASE** |
| ALEXSAM, INC.<br><br>*Plaintiff – Counterclaim Defendant,*<br><br>v.<br><br>UMB FINANCIAL CORP. and UMB BANK, N.A.,<br><br>*Defendants – Counterclaim Plaintiffs.* | Case No. 2:20-cv-00082<br><br>**Consolidated Case** |

## JOINT MOTION TO STAY THE LEAD CASE

Plaintiff AlexSam, Inc. ("AlexSam") and Defendants Cigna Corporation, Cigna Health And Life Insurance Company, Connecticut General Life Insurance Company, And Cigna Healthcare Of Texas, Inc. (collectively, "Cigna Defendants") (all collectively, "Parties"), hereby file this Joint Motion to Stay the Lead Case. In light of the Magistrate Judge's Report and Recommendation (Dkt. No. 218; "R&R"), the Parties seek a stay of all case deadlines in order to allow AlexSam to file its Objection to the R&R, which is due after the continued pretrial hearing

and the current trial setting.[1]  In order to avoid the costs and expense in further preparing for the upcoming case activities, the Parties respectfully request that the Court stay the Lead Case until the Court decides AlexSam's Objection to the R&R, which will be filed within the allowed 14-day period.

Date: September 22, 2021                                            Respectfully submitted,


By: */s/ Jacqueline K. Burt*
Jacqueline K. Burt (GA 425322)*
Jonathan R. Miller (GA 507179)*
Travis E. Lynch (GA 162373)*
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope – Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0861, -0863, -0867
Facsimile: (205) 547-5502, -5506, -5515
Email: jburt@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com
Email: tlynch@hgdlawfirm.com

W. Lee Gresham, III*
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
Email: lee@hgdlawfirm.com

Steven W. Ritcheson*
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
Email: swritcheson@insightplc.com

William Cornelius*
**WILSON, ROBERTSON & CORNELIUS, P.C.**

---

[1] The continued pretrial hearing is currently set for September 27, 2021 and jury selection is currently set for October 4, 2021.

       One American Center
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5004
Facsimile: (903) 509-5091
Email: wc@wilsonlawfirm.com

**For Plaintiff, *AlexSam, Inc.***

    * admitted to practice in E.D. Tex.


By: */s/ Ricardo Bonilla#*
   Neil J. McNabnay (TX 24002583*
   David B. Conrad (TX 24049042)*
   Ricardo Bonilla (TX 24082704)*
   Lance Wyatt (TX 24093397)*
   Sarika N. Patel (TX 24073520)*
   FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
   Dallas, Texas 75201
   Telephone: (214) 747-5070
   Facsimile: (214) 747-2091
   Email: mcnabnay@fr.com
   Email: conrad@fr.com
   Email: rbonilla@fr.com
   Email: wyatt@fr.com
   Email: patel@fr.com
   Email: tripathi@fr.com

   Veena V. Tripathi **
   FISH & RICHARDSON P.C.
   60 South 6th Street, Suite 3200
   Minneapolis, Minnesota 55402
   Telephone: (612) 335-5070
   Facsimile: (612) 288-9696
   Email: tripathi@fr.com

   **Attorneys for Cigna Defendants (Case No. 2:20-cv-00081-JRG-RSP)**
    * admitted to practice in E.D. Tex.
    ** admitted pro hac vice
    # e-signed with express permission

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically served the above document to all counsel of record via e-mail.

                                                                                        */s/ Jacqueline K. Burt*
                                                                                        Jacqueline K. Burt, Esq.

## CERTIFICATE OF CONFERENCE

I certify that counsel for the Parties have met and conferred on this Joint Motion pursuant to Local Rule CV-7(h), and that this Joint Motion is unopposed.

                                                                                        */s/ Jacqueline K. Burt*
                                                                                       Jacqueline K. Burt, Esq.