# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ALEXSAM, INC.,<br>　　　Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TEXAS, INC.,<br>　　　Defendants. | Case No. 2:20-cv-00081-JRG-RSP<br>**LEAD CASE** |

## PLAINTIFF'S NOTICE REGARDING POTENTIAL DISQUALIFICATION UNDER 28 U.S.C. § 455

Plaintiff ALEXSAM, INC. (hereinafter, "AlexSam") hereby gives notice to this Honorable Court and all Parties that there may be a potential disqualification issue pursuant to 28 U.S.C. § 455(a) and/or (b), which the Parties are not be permitted to waive. AlexSam respectfully asks that Your Honor consider the information provided in its attached letter, and instruct the Parties as to how best to proceed with the case under these circumstances.

Date: <u>October 18, 2021</u>             Respectfully submitted for Plaintiff, *AlexSam, Inc.*,

    */s/ Timothy C. Davis*
Jacqueline K. Burt (GA 425322)*
Jonathan R. Miller (GA 507179)*
Travis E. Lynch (GA 162373)*
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope – Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0861, -0863, -0867
Email: jburt@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com
Email: tlynch@hgdlawfirm.com

Timothy C. Davis*
W. Lee Gresham, III*
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Email: tim@hgdlawfirm.com
Email: lee@hgdlawfirm.com

Steven W. Ritcheson*
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Email: switcheson@insightplc.com

William Cornelius*
**WILSON, ROBERTSON & CORNELIUS, P.C.**
One American Center
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5004
Email: wc@wilsonlawfirm.com

Katarzyna Brozynski (TX 24036277)*
Bart Dalton (TX 24043418)*
**BROZYNSKI & DALTON, PC**
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Telephone: (972) 371-0679
Email: kasia@bdlegalgroup.com

* admitted to practice in E.D. Tex.    Email: bart@bdlegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was filed using this Court's ECF System which caused it to be served by electronic mail upon the attorneys of record.

Dated: <u>October 18, 2021</u>

<u>*/s/ Timothy C. Davis*</u>
Timothy C. Davis
