# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALEXSAM, INC., § § § *Plaintiff*, § § v. § § CIGNA CORPORATION, CIGNA § HEALTH AND LIFE INSURANCE § COMPANY, CONNECTICUT GENERAL § LIFE INSURANCE COMPANY, CIGNA § HEALTHCARE OF TEXAS, INC, § § § *Defendants*. § | CIVIL ACTION NO. 2:20-CV-00081-JRG-RSP |

## ORDER ASSIGNING CASE

The Court issues this Order *sua sponte*. The above-captioned case is hereby **REASSIGNED** to the Hon. Robert W. Schroeder III.

**So ORDERED and SIGNED this 19th day of October, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE