IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC. | § § | |
| V. | § § | CIVIL NO. 2:19cv331 |
| SIMON PROPERTY GROUP (TEXAS), L.P., et al | § § § | |
| ALEXSAM, INC. | § § | |
| V. | § § § | CIVIL NO. 2:20cv81 |
| CIGNA CORP., et al | § | |

MINUTES FOR HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
FEBRUARY 10, 2022

OPEN: 10:06 a.m.                                                                    ADJOURN: 2:06 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jacqueline Burt, Steven Ritcheson, Tim Davis, Bill Cornelius and Lee Gresham |
| ATTORNEYS FOR DEFENDANTS: | Kyle Akin, Elizabeth Manno, James Hatten, Jason Hoffman, Jason Mueller, Ricardo Bonilla and Lance Wyatt |
| LAW CLERK: | Andrew Schreiber |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Cindy Donald |

10:06 a.m.     Case called; attorneys announce ready; Court welcomes everyone and gives preliminary comments

10:09 a.m.     Mr. Timothy Davis argues Plaintiff's Objections to Report and Recommendation (dkt. #421 and #221)

| | |
|---|---|
| 10:38 a.m. | Mr. Steven Ritcheson continues with argument |
| 11:01 a.m. | Court questions Mr. Ritcheson; Mr. Ritcheson responds |
| 11:14 a.m. | Mr. Jason Hoffman responds to argument on behalf of Blackhawk Network |
| 12:06 p.m. | Recess |
| 1:18 p.m. | Court and parties discuss remaining time |
| 1:21 p.m. | Mr. Hoffman continues with response to argument |
| 1:24 p.m. | Ms. Elizabeth Manno responds to argument on behalf of Simon Property Group |
| 1:26 p.m. | Mr. Ricardo Bonilla responds to argument on behalf of Cigna Corp. |
| 1:37 p.m. | Mr. Ritcheson replies |
| 1:58 p.m. | Mr. Hoffman responds |
| 2:01 p.m. | Ms. Manno responds |
| 2:03 p.m. | Mr. Bonilla responds |
| 2:04 p.m. | Mr. Davis replies |
| 2:06 p.m. | Recess |